| | |
|---|---|
| DEFENDANT: | ADAM SHORR |
| AGE/YOB: | 54/1970 |
| COMPLAINT FILED? | _____ Yes   ___X___ No<br>If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes   _X_ No |
| OFFENSES: | Count 1: 18 U.S.C. § 1349 (conspiracy to commit wire fraud in violation of 18 U.S.C. § 1343 and health care fraud in violation of 18 U.S.C. § 1347)<br><br>Count 2: 18 U.S.C. § 371 (conspiracy offer and pay kickbacks and bribes in violation of 42 U.S.C. § 1320a-7b(b) and 18 U.S.C. § 220) |
| LOCATION OF OFFENSE: | Boulder County, Colorado, and elsewhere |
| PENALTIES: | Count 1: NMT 20 years of imprisonment, a fine of NMT $250,000 or twice the gross gain or loss from the offense, or both imprisonment and a fine; 3 years' supervised release; $100 special assessment; restitution.<br><br>Count 2: NMT 5 years of imprisonment, a fine of NMT $250,000 or twice the gross gain or loss from the offense, or both imprisonment and a fine; 3 years of supervised release; $100 special assessment; restitution. |
| AGENTS: | Cory Rumple, Special Agent, HHS-OIG<br>Scott Sandusky, Special Agent, FBI<br>Benjamin Hopping, Special Agent, IRS-CI |
| AUTHORIZED BY: | Anna Edgar<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

___ five days or less; _x_ over five days

<u>THE GOVERNMENT</u>

will not seek detention in this case.

The statutory presumption of detention is not applicable to this defendant.