| | |
|---|---|
| DEFENDANT: | JOHN GAUTEREAUX |
| AGE/YOB: | 59/1965 |
| COMPLAINT FILED? | _____ Yes   \_\_\_X\_\_\_ No  If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | \_\_ Yes   \_X\_ No |
| OFFENSES: | Count 2: 18 U.S.C. § 371 (conspiracy offer and pay kickbacks and bribes in violation of 42 U.S.C. § 1320a-7b(b) and 18 U.S.C. § 220) |
| LOCATION OF OFFENSE: | Boulder County, Colorado, and elsewhere |
| PENALTY: | Count 2: NMT 5 years of imprisonment, a fine of NMT $250,000 or twice the gross gain or loss from the offense, or both imprisonment and a fine; 3 years of supervised release; $100 special assessment; restitution. |
| AGENTS: | Cory Rumple, Special Agent, HHS-OIG  Scott Sandusky, Special Agent, FBI  Benjamin Hopping, Special Agent, IRS-CI |
| AUTHORIZED BY: | Anna Edgar  Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

\_\_ five days or less; \_x\_ over five days

THE GOVERNMENT

will not seek detention in this case.

The statutory presumption of detention is not applicable to this defendant.