# EXHIBIT 4

Case No. 1:24-cr-00251-RMR   Document 78-4   filed 09/11/24   USDC Colorado   pg
2 of 6
Case 9:22-cr-80022-AMC   Document 824   Entered on FLSD Docket 09/19/2023   Page 1 of 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cr-80022-CANNON/REINHART

UNITED STATES OF AMERICA

v.

THOMAS DOUGHERTY,

Defendant.
_____/

### AGREED FACTUAL BASIS FOR GUILTY PLEA

Beginning in or around January 2020, and continuing through in or around ~~July 2021~~ June 2021, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant, THOMAS DOUGHERTY ("DOUGHERTY"), knowingly and willfully conspired and agreed with his co-conspirators, including Daniel M. Carver ("D-CARVER"), John Paul Gosney ("GOSNEY"), Louis Carver ("L-CARVER"), Galina Rozenberg ("G-ROZENBERG"), Michael Rozenberg ("M-ROZENBERG"), Timothy Richardson ("RICHARDSON"), Ashley Cigarroa ("CIGARROA"), Jose Goyos ("GOYOS"), Ethan Macier ("MACIER"), and others, to commit health care fraud and wire fraud, in violation of Title 18, United States Code, Section 1349, that is: (a) to knowingly and willfully execute a scheme and artifice to defraud a health care benefit program affecting commerce, as defined in Title 18, United States Code, Section 24(b), that is, Medicare, and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, said health care benefit program, in connection with the delivery of and payment for health care benefits, items, and services, in violation of Title 18, United States Code, Section 1347; and (b) to knowingly and with

Case No. 1:24-cr-00251-RMR   Document 78-4   filed 09/11/24   USDC Colorado   pg
Case 9:22-cr-80022-AMC   Document 824   Entered on FLSD Docket 09/19/2023   Page 2 of 5
3 of 6

the intent to defraud, devise, and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing the pretenses, representations, and promises were false and fraudulent when made, and for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted by means of wire communication in interstate commerce, certain writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343.

Furthermore, Medicare is a "health care benefit program" as defined in Title 18, United States Code, Section 24. Medicare is a health care benefit program affecting commerce.

DOUGHERTY, a resident of Palm Beach County, Florida, was a beneficial owner of owner of Broad Street Lifestyles, LLC ("BROAD STREET"), Olympus First Consulting, LLC ("OLYMPUS") and DMC Group Holding, LLC ("DMC GROUP"), each of which was an entity that operated a call center network in Palm Beach County, Florida, and Broward County, Florida. DOUGHERTY was also a beneficial owner of Cergena Laboratories, LLC ("CERGENA"), Progenix Lab, LLC ("PROGENIX"), and TheraGene Diagnostics, LLC ("THERAGENE"), clinical laboratories enrolled with Medicare. DOUGHERTY was also the owner of MC Mission, Inc., a company used to receive funds generated by these laboratories.

Beginning in or around January 2020, DOUGHERTY, D-CARVER, and others, through their entities, conducted deceptive telemarketing campaigns targeting Medicare beneficiaries in an effort to obtain their consent to order DME or genetic testing. From there, DOUGHERTY sold doctors' orders for DME and genetic testing to DME, laboratories, and other entities in exchange for kickbacks. DOUGHERTY also paid kickbacks and bribes that flowed to telemedicine companies to obtain signed doctors' orders for DME and genetic tests, most of which, if not all,

Case No. 1:24-cr-00251-RMR   Document 78-4   filed 09/11/24   USDC Colorado   pg
Case 9:22-cr-80022-AMC   Document 824   Entered on FLSD Docket 09/19/2023   Page 3 of 5
4 of 6

were not medically necessary. DOUGHERTY, D-CARVER, and others paid and received these illegal kickbacks and bribes via interstate wire from and to entities he owned and controlled in exchange for these orders.

DOUGHERTY also partnered with D-CARVER, GOSNEY, and others and used OLYMPUS and DMC GROUP to conduct deceptive telemarketing campaigns targeting Medicare beneficiaries in an effort to obtain their consent to genetic testing. From there, DOUGHERTY, D-CARVER, GOSNEY, and others used OLYMPUS and DMC GROUP to procure false and fraudulent doctors' orders for genetic tests that, most of which, if not all, were not medically necessary. As part of this scheme, DOUGHERTY, GOSNEY, D-CARVER, and others sent deceptive communications to medical providers, through a front company called Gentec Solutions ("GENTEC"). The communications falsely represented to medical providers, among other falsehoods, that GENTEC was treating the beneficiary.

DOUGHERTY, GOSNEY, D-CARVER, and others used OLYMPUS and DMC GROUP to refer these orders to laboratories owned and controlled by DOUGHERTY, GOSNEY, D-CARVER, G-ROZENBERG, and M-ROZENBERG as well as to other laboratories. These laboratories included CERGENA, PROGENIX, and THERAGENE. DOUGHERTY knew that the laboratories would bill Medicare for the genetic testing purportedly provided to the recruited beneficiaries.

As a result of DOUGHERTY's participation in the conspiracy, he and others submitted or caused the submission of false and fraudulent claims to Medicare for at least $63,028,326 in laboratory services and DME, most of which, if not all, were not medically necessary and not eligible for reimbursement, of which Medicare paid approximately $50,244,422.

Case No. 1:24-cr-00251-RMR   Document 78-4   filed 09/11/24   USDC Colorado   pg
5 of 6
Case 9:22-cr-80022-AMC   Document 824   Entered on FLSD Docket 09/19/2023   Page 4 of 5

From in or around January 2020 and continuing through in or around June 2021, DOUGHERTY received approximately **$8,387,590.00** in gross proceeds traceable to the health care fraud and wire fraud conspiracy. Approximately $1,750,000.00 of these gross proceeds were used to purchase the real property located at 17840 Key Vista Way, Boca Raton, Florida 33496, and approximately $906,015.62 seized from account number 1000280136648 and approximately $12,965.07 seized from account number 1000280136697 at SunTrust Bank on or about July 14, 2021, are directly traceable to the gross proceeds received from the health care and wire fraud conspiracy.



When referring the Medicare beneficiaries to laboratories for genetic testing and DME, ~~GOSNEY~~ DOUGHERTY knew that the genetic tests and DME were being procured through deceit or illegal kickbacks and bribes, that most, if not all, the genetic tests and DME were not medically necessary, and that the results of genetic tests were not going to be used in the management of the beneficiary's specific medical problems.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

DATE: 9-19-23

_____
THOMAS DOUGHERTY
Defendant

_____
STEVE SADOW
Attorney for Defendant

_____
PATRICK J. QUEENAN
Trial Attorney