# EXHIBIT 1

**From:** Dunn, Ralf Owen (CRM) Ralf.Owen.Dunn@usdoj.gov
**Subject:** RE: [EXTERNAL] Thomas Dougherty
**Date:** July 15, 2024 at 10:10 AM
**To:** Steve Sadow stevesadow@gmail.com
**Cc:** Cuyler Jr., Reginald (CRM) Reginald.Cuyler.Jr@usdoj.gov

Thanks.

**Owen Dunn**
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
(202) 993-4824
Ralf.Owen.Dunn@usdoj.gov

**From:** Steve Sadow <stevesadow@gmail.com>
**Sent:** Monday, July 15, 2024 10:06 AM
**To:** Dunn, Ralf Owen (CRM) <Ralf.Owen.Dunn@usdoj.gov>
**Cc:** Cuyler Jr., Reginald (CRM) <Reginald.Cuyler.Jr@usdoj.gov>
**Subject:** Re: [EXTERNAL] Thomas Dougherty

Please proceed without me. I will let my client know.

Steve Sadow
404-577-1400 office
404-242-9440 cell

> On Jul 15, 2024, at 10:04 AM, Dunn, Ralf Owen (CRM) <Ralf.Owen.Dunn@usdoj.gov> wrote:
>
> Hi Steve,
>
> We'd like to speak to Mr. Dougherty on August 1 or 2. Please let us know if you'd like to attend via phone/Teams or if instead we should proceed without you.
>
> Thanks,
> Owen
>
> **Owen Dunn**
> Trial Attorney
> U.S. Department of Justice
> Criminal Division, Fraud Section
> (202) 993-4824
> Ralf.Owen.Dunn@usdoj.gov
>
> **From:** Steve Sadow <stevesadow@gmail.com>

**From:** Steve Sadow <stevesadow@gmail.com>
**Sent:** Thursday, July 4, 2024 8:15 AM
**To:** Cuyler Jr., Reginald (CRM) <Reginald.Cuyler.Jr@usdoj.gov>; Woodard, Justin (CRM) <Justin.Woodard@usdoj.gov>
**Subject:** [EXTERNAL] Thomas Dougherty

Gentlemen

Mr. Dougherty has info on the two defendants named in the attached indictment. Please get the word to the appropriate federal prosecutor. Thanks.

Steve Sadow
404-577-1400 office
404-242-9440 cell