# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   22-cr-80103-MIDDLEBROOKS

UNITED STATES OF AMERICA

vs.

TODD C. SHULL,

        Defendant.
_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Beginning in or around March 2020 and continuing through in or around August 2021, in Palm Beach County, the Southern District of Florida, and elsewhere, the defendant, TODD C. SHULL ("SHULL"), knowingly and willfully conspired and agreed with others to solicit and receive illegal health care kickbacks, in violation of Title 18, United States Code, Section 371. Medicare is a "health care benefit program" as defined in Title 18, United States Code, Section 24 and a Federal health care program, as defined by Title 42, United States Code, Section 1320a-7b(f). Furthermore, Medicare is a health care benefit program affecting commerce.

SHULL owned and operated Sunrise Consulting Group, LLC. ("SUNRISE"), which was purportedly a marketing company. SUNRISE was a Florida corporation that operated, primarily, out of Palm Beach County, Florida. SHULL was a patient recruiter who referred Medicare beneficiaries to Claro Scientific Laboratories Corp. ("the Lab") for genetic testing. In exchange for referring the beneficiaries to the Lab, the Lab paid the Defendant and his conspirators a kickback based on the volume and value of the referrals, which was tied to the amount received

from Medicare for performing the tests. These kickbacks were paid to SUNRISE by means of bank transfer or wires. SUNRISE then transferred a portion of these kickback proceeds to, among other individuals and entities: (i) MDA Consumers, Inc.; (ii) MC Mission, Inc.; (iii) Metropolis Unlimited, LLC; and (iv) GFA Media Group, LLC. SHULL used these proceeds for his personal use and benefit, the use and benefit of others, and to further the conspiracy. Specifically, from on or about July 31, 2020 through on or about August 5, 2021, SUNRISE received approximately $1,391,500 in kickbacks from the Lab.

SHULL was aware of the Anti-Kickback Statute and understood that the payments SUNRISE received from the Lab in exchange for the referral of Medicare beneficiaries were illegal kickbacks.

As a result of SHULL's participation in the conspiracy, Medicare paid the Lab approximately $3,440,000 they were not entitled to receive as the patients were procured through illegal kickbacks.

The preceding statement is a summary made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

DATE: 11/9/2021

TODD C. SHULL
Defendant

BRUCE UDOLF, ESQ.
Attorney for Defendant

2

Case No. 1:24-cr-00251-RMR    Document 93-2    filed 09/27/24    USDC Colorado    pg
4 of 5
Case 9:22-cr-80103-DMM   Document 12   Entered on FLSD Docket 08/11/2022   Page 3 of 4

PATRICK J. QUEENAN
Trial Attorney

3

Case No. 1:24-cr-00251-RMR   Document 93-2   filed 09/27/24   USDC Colorado   pg
5 of 5
Case 9:22-cr-80103-DMM   Document 12   Entered on FLSD Docket 08/11/2022   Page 4 of 4