# EXHIBIT 3

> They say so. When it hits I'll say yes. I trust u. I trust Danny.

2020-07-31 12:19:46

Cool

2020-07-31 15:25:22

> Wire sent. Waiting for confirm

> Me:
> Why did they only send 35 instead of 47?
>
> Adam:
> There was 12 of them that they're going to send back to you that didn't have medical necessity

2020-07-31 17:10:26

O boy so we're not getting the other 12k

> Let's evaluate the 12 first and see

> How would they've been scripted?

2020-07-31 17:11:26

I have no clue at all

> Me either but at least we can see and argue it

2020-07-31 17:12:03

> For sure

**2020-08-03 09:29:58**

2020-08-03 09:29:58

> Chase Bank
> Broad Street Lifestyles LLC
> Account # 607721906
> ABA Wiring # 021000021
> 418 La Mancha ave. Royal palm beach Florida 33411

> Going to take an hour they said but I'll get it out

2020-08-03 10:43:17

> All good brotha

**2020-08-03 12:56:22**

> Chk ur acct

2020-08-03 12:56:53

> It hit 30k

> Can you call or text Caleb so he stops texting me? I don't know what to tell him